UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO ISAAC DELEON,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>JERRY HOWELL, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.  2:21-cv-00588-JAD-NJK<br><br>ORDER |

**I.    DISCUSSION**

Plaintiff has filed an updated address indicating that he is no longer incarcerated.  Docket No. 8.  Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* for prisoners, Docket No. 4, as moot.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $402, no later than **March 21,2022**.  If Plaintiff fails to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $402 by **March 21, 2022**, this case will be subject to dismissal without prejudice.

**II.    CONCLUSION**

For the foregoing reasons,

IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners, Docket No. 4, is **DENIED** as moot.

IT IS FURTHER ORDERED that the Clerk of the Court **WILL SEND** Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, no later than **March 21, 2022**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

///

///

1       IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

      IT IS SO ORDERED.

      DATED: February 17, 2022.

                                      NANCY J. KOPPE
                                      UNITED STATES MAGISTRATE JUDGE