AARON D. FORD
  Attorney General
LAURA M. GINN, (Bar No. 8085)
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1120
E-mail:  lginn@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GUSTAVO ISAAC DELEON,

      Plaintiff,

v.

JERRY HOWELL, et al.,

      Defendants.

Case No. 2:21-cv-00588-JAD-NJK

**MOTION FOR EXTENSION
[FIRST REQUEST]**

Defendants by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Laura M. Ginn, Deputy Attorney General, hereby moves this Court for an extension of time file a Joint Case Management Conference Statement as Ordered by this Court (ECF No. 22). This Motion is made and based upon Federal Rule of Civil Procedure 6(b)(1)(A), the attached Points and Authorities, the papers, and pleadings on file herein, and such other and further information as this Court may deem appropriate.

## MEMORANDUM OF POINTS AND AUTHORITIES

Courts have inherent powers to control their dockets, *see Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (EDCA 2008), and to "achieve the orderly and expeditious disposition of cases." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) "Such power is indispensable to the court's ability to enforce its orders, manage its docket, and regulate insubordinate [] conduct. *Id*. (*See also Mazzeo v. Gibbons*, No. 2:08–cv-01387–RLH–PAL, 2010 WL 3910072, at *2 (D.Nev.2010)).

LR IA 6-1 discusses requests for continuances.  The rule states:

> (a) A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. (Examples: "This is the first stipulation for extension of time to file motions." "This is the third motion to extend time to take discovery.")

This is NDOC Employees' first request and is requested for good cause. The parties have sent drafts of the Joint Case Management Conference Statement back and forth. Although the parties have worked together to complete the Joint Case Management Conference Statement and completed drafts, more time is required.

Counsel submits that the recent exchange of drafts in this case constitutes good cause for granting an extension of time to give the parties an opportunity to complete the Joint Case Management Conference Statement.

Therefore, Defendants request this Court to extend the deadline from January 12, 2023, to February 13, 2023, to file the Joint Case Management Conference Statement.

DATED this 12th day of January, 2023.

AARON D. FORD
Attorney General

By: _____
LAURA M. GINN (Bar No. 8085)
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.
Dated:  January 13, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge